JS-6 Entered

FILED
CLERK, U.S. DISTRICT COURT
MAY - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RAUL PRADO GONZALEZ,

    Plaintiff,

vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

Case No. SACV 13-1007-CJC (RNB)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: May 8, 2014

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE